PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSE LEWIS, | ) | |
| | ) | CASE NO.  4:19CV2733 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MICHAEL PHILLIPS, Warden, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The Court has been informed by Defendants' Notice of Settlement (ECF No. 11) that the parties have reached a settlement.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before July 22, 2020, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Telephonic Status Conference set for September 9, 2020 is cancelled.


IT IS SO ORDERED.


__April 23, 2020__                              __/s/ Benita Y. Pearson__
Date                                                    Benita Y. Pearson
                                                        United States District Judge