Approved.
/s/ Benita Y. Pearson on 7/27/2020
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| JESSE LEWIS,<br><br>Plaintiff,<br><br>V.<br><br>WARDEN CHRISTOPHER LAROSE, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-02733-BYP<br><br>The Honorable Benita Y. Pearson<br><br>**STIPULATION TO DISMISS<br>WITH PREJUDICE** |

IT IS STIPULATED by and between Plaintiff, Jesse Lewis, and Defendants CoreCivic, Inc. and Warden Christopher LaRose, that the above-entitled action be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 24th day of July, 2020.

By: */s/Donald Gallick*

Donald Gallick, Bar No. 0073421
LAW OFFICE OF DONALD GALLICK, LLC
190 North Union Street, #102
Akron, OH  44304
Telephone: (330) 631-6892
donaldgallick@gamail.com
*Counsel for Plaintiff*

By: */s/Timothy J. Bojanowski*

Timothy J. Bojanowski, Bar No. 0016162
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Telephone: (480) 420-1600
tbojanowski@strucklove.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donald Gallick
Law Office of Donald Gallick, LLC
190 North Union Street, #102
Akron, OH  44304
Attorney for Plaintiff
donaldgallick@gmail.com

                */s/Timothy J. Bojanowski*
                Timothy J. Bojanowski